FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 21, 2021

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JOSEPH THORTON, an individual,<br><br>    Plaintiff,<br><br>    v.<br><br>DEPUTY KEVON SKINNER, an individual; BENTON COUNTY, a political subdivision of the State of Washington; BENTON COUNTY SHERIFF'S OFFICE, an agency of Defendant Benton County; OFFICER JEFFREY SAGEN, an individual; CITY OF KENNEWICK, a political subdivision of the State of Washington; and KENNEWICK POLICE DEPARTMENT, an agency of Defendant City of Kennewick; and JOHN and JANE DOES, 1-5,<br><br>    Defendants. | No. 4:21-CV-05116-SAB<br><br>**ORDER DISMISSING CASE** |

    Before the Court is the parties' Stipulated Motion for Order of Dismissal with Prejudice, ECF No. 6. The parties stipulate and request the Court dismiss this matter with prejudice and without awarding either party attorney's fees or costs.

**ORDER DISMISSING CASE** # 1

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and the joint wishes of the parties, the Court finds good cause to grant the motion and dismiss this case.

Accordingly, **IT IS HEREBY ORDERED:**

1. The parties' Stipulated Motion for Order of Dismissal with Prejudice, ECF No. 6, is **GRANTED**.

2. All other pending motions are **DISMISSED** as moot.

3. This matter is **DISMISSED with prejudice** and without attorney's fees or costs to any party.

**IT IS SO ORDERED**. The District Court Clerk is hereby directed to file this Order, provide copies to counsel, and **close** the file.

**DATED** this 21st day of October 2021.



_____
Stanley A. Bastian
United States District Judge

**ORDER DISMISSING CASE # 2**